Shifflett v. United States

Doc. 3

```
                                          CLERK'S OFFICE U.S. DIST. COURT
                                               AT ROANOKE, VA
                                                    FILED

                                              MAR 20 2008
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| DWAYNE SHIFFLETT, | ) | Civil Action No. 7:08-cv-00231 |
|     Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Samuel G. Wilson |
| UNITED STATES OF AMERICA, | ) | United States District Judge |
|     Respondent. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that this action is **DISMISSED without prejudice** for lack of jurisdiction and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 20th day of March, 2008.

_____
United States District Judge